# EXHIBIT 1

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
600 B Street, Suite 1550
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC; SONY NETWORK ENTERTAINMENT AMERICA, INC.; SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC; SONY ONLINE ENTERTAINMENT LLC; SONY CORPORATION OF AMERICA; and DOES 1-25, Inclusive,<br><br>Defendant. | Case No.:  **'11CV1268 BTM WMc**<br><br>CLASS ACTION<br><br>AFFIDAVIT OF THOMAS J. O'REARDON II PURSUANT TO CALIFORNIA CIVIL CODE §1780(d) |

I, THOMAS J. O'REARDON II, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Blood Hurst & O'Reardon LLP, one of the counsel of record for plaintiff in the above-entitled action.

2. Defendants Sony Computer Entertainment America LLC; Sony Network Entertainment America, Inc.; Sony Network Entertainment International LLC; Sony Online Entertainment LLC; and Sony Corporation of America (collectively "Sony") have done and are doing business in San Diego County. Such business includes the development, marketing and sale of their Playstation3 and PlayStation Portable gaming devices, as well as the PlayStation Network and affiliated online services. Furthermore, Sony Online Entertainment LLC is headquartered in San Diego, California, and Plaintiff Kyle Johnson resides in, and purchased Playstation3 in this County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of June, 2011, at San Diego, California.

          s/   THOMAS J. O'REARDON II
          THOMAS J. O'REARDON II

00029912